CO-386
10/2018

# United States District Court
# For the District of Columbia

The American Hospital Association, )
et al.                             )
                                   )
                                   )
            vs    Plaintiff        )   Civil Action No. _____
                                   )
Alex M. Azar II                    )
                                   )
                                   )
                                   )
                  Defendant        )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for **York Hospital** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **York Hospital** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

**D.C. Bar No. 453221**
BAR IDENTIFICATION NO.

**Catherine E. Stetson**
Print Name

**555 Thirteenth Street, NW**
Address

**Washington, DC   20004**
City          State          Zip Code

**(202) 637-5491**
Phone Number