CO-386
10/2018

# United States District Court
# For the District of Columbia

The American Hospital Association, et al.

          vs    Plaintiff

Alex M. Azar II

                Defendant

Civil Action No. _____

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **Mercy Health Muskegon** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Mercy Health Muskegon** which have any outstanding securities in the hands of the public:

> Mercy Health Muskegon's ultimate parent is Trinity Health Corporation, an Indiana non-profit.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ signature/*

Signature

D.C. Bar No. 453221
BAR IDENTIFICATION NO.

Catherine E. Stetson
Print Name

555 Thirteenth Street, NW
Address

Washington, DC 20004
City    State    Zip Code

(202) 637-5491
Phone Number