## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 18-2841 (RMC)<br>) |
| ALEX M. AZAR II,<br>Secretary of the Department of Health and Human Services, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 19-132 (RMC)<br>) |
| ALEX M. AZAR II,<br>Secretary of the Department of Health and Human Services, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

### ORDER TO SHOW CAUSE

On February 27, 2019, the Court asked the above-captioned parties if they would be open to consolidation of their cases, which both challenge the same agency rule on purely legal grounds. *See* 2/27/2019 Min. Order. Both sets of Plaintiffs opposed in the interest of making their own legal arguments in their own briefs. *See* Response to the Court's Minute Order of Feb. 27, 2019 [Dkt. 18] [Dkt. 9]. Briefing in both cases is now complete and the Court is considering arguments made in both cases. Plaintiffs are thus jointly **ORDERED TO SHOW**

1

**CAUSE**, by no later than **August 23, 2019**, why the above-captioned cases should not be consolidated for the purposes of decision.


Date: August 15, 2019

                                                  ROSEMARY M. COLLYER
                                                  United States District Judge