IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, MERCY HEALTH MUSKEGON, CLALLAM COUNTY PUBLIC HOSPITAL NO. 2 d/b/a/ OLYMPIC MEDICAL CENTER, and YORK HOSPITAL, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEX M. AZAR II, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. | Civil Action No. 1:18-cv-2841 |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

In response to the Court's August 15, 2019 Order to Show Cause, Plaintiffs the American Hospital Association, Association of American Medical Colleges, Mercy Health Muskegon, Clallam County Public Hospital No. 2 d/b/a Olympic Medical Center, and York Hospital do not oppose consolidation of the above-referenced cases for purposes of the Court's decision.

The below counsel would be available for oral argument on the following dates in September, if convenient to the Court:  September 6, 9, 12, 16, or 18-20.

Respectfully submitted,

/s/ Catherine E. Stetson
Catherine E. Stetson (D.C. Bar No. 453221)
Susan M. Cook (D.C. Bar No. 462978)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5491
Fax: 202-637-5910
cate.stetson@hoganlovells.com

*Counsel for the American Hospital Association, Association of American Medical Colleges, Mercy Health Muskegon, Olympic Medical Center, and York Hospital*

Dated:  August 20, 2019