**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERICAN HOSPITAL ASSOCIATION, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ALEX M. AZAR II, Secretary of the Department of Health and Human Services,**<br><br>**Defendant.** | ) | **Civil Action No. 18-2841 (RMC)** |

## ORDER

For the reasons articulated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, Dkt. 14, is **GRANTED**; and it is

**FURTHER ORDERED** that the Secretary's Cross-Motion for Summary Judgment, Dkt. 20, is **DENIED**; and it is

**FUTHER ORDERED** that the Secretary's Method to Control for Unnecessary Increases in the Volume of Outpatient Services, 83 Fed. Reg. 58,818, 59,004-15 (Nov. 21, 2018) (Section X.B), is **VACATED** and this matter **REMANDED** to the Secretary for further proceedings consistent with the Memorandum Opinion; and it is

**FURTHER ORDERED** that the parties shall submit a joint status report by no later than October 1, 2019, discussing whether additional briefing regarding remedies is necessary.

Date: September 17, 2019

ROSEMARY M. COLLYER
United States District Judge