UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AMERICAN HOSPITAL ASSOCIATION**, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 18-2841 (RMC) |
| **ALEX M. AZAR II**, Secretary of the Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendant's Motion to Modify Order, Dkt. 33, is **DENIED**.

This is a final appealable Order. *See* Fed. R. App. P. 4. This case is closed.


Date: October 21, 2019

_____
ROSEMARY M. COLLYER
United States District Judge

1