# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, MERCY HEALTH MUSKEGON, CLALLAM COUNTY PUBLIC HOSPITAL NO. 2, d/b/a OLYMPIC MEDICAL CENTER, and YORK HOSPITAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX M. AZAR II,<br>in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 1:18-cv-2841<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFFS' MOTION TO ENFORCE JUDGMENT

Plaintiffs the American Hospital Association, Association of American Medical Colleges, Mercy Health Muskegon, Clallam County Public Hospital No. 2 d/b/a Olympic Medical Center, and York Hospital respectfully move for enforcement of this Court's vacatur order. Dkt. 32.

On November 1, CMS made publicly available the Medicare Hospital Outpatient Prospective Payment System and Ambulatory Surgical Center Payment System for Calendar Year 2020. *See CY 2020 Medicare Hospital Outpatient Prospective Payment System and Ambulatory Surgical Center Payment System Final Rule* (CMS-1717-FC) (the 2020 OPPS Rule).

The 2020 OPPS Rule purports to continue a "two-year phase-in" of the site neutral payment policy finalized in the 2019 OPPS Rule, 83 Fed. Reg 58,818 at 59,014 (Nov. 21, 2018)—a payment policy this Court vacated in September. *See* Dkt. 32. To be clear, CMS has not just issued another rule that is unlawful for the same reasons as the 2019 OPPS Rule. The

agency has *reinstated* the second year of the two-year phase-in that was promulgated—in the agency's own words, "finalized"—in the now-vacated 2019 OPPS Rule.  That violates this Court's vacatur order.

WHEREFORE, for the foregoing reasons, as well as those set forth in the attached Memorandum in Support, which is incorporated herein by reference, the above-captioned Plaintiffs respectfully request an order finding the CY 2020 rate reductions unlawful, and vacating the relevant portion of the 2020 Final Rule.

Pursuant to Local Rule 7(m), counsel for the above-captioned Plaintiffs reached out to Defendants' counsel, who indicated that they oppose the relief requested in this motion.

Respectfully submitted,

 /s/ Catherine E. Stetson
Catherine E. Stetson (D.C. Bar No. 453221)
Susan M. Cook (D.C. Bar No. 462978)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone:  (202) 637-5491
Fax: (202) 637-5910
cate.stetson@hoganlovells.com

*Counsel for the American Hospital Association, Association of American Medical Colleges, Mercy Health Muskegon, Clallam County Public Hospital No. 2, d/b/a Olympic Medical Center, and York Hospital*

Dated:  November 11, 2019

\\DC - 701705/000300 - 14613902 v1