IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, MERCY HEALTH MUSKEGON, CLALLAM COUNTY PUBLIC HOSPITAL NO. 2, d/b/a OLYMPIC MEDICAL CENTER, and YORK HOSPITAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 1:18-cv-2841 |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO ENFORCE JUDGMENT**

Upon consideration of the Motion to Enforce Judgment filed by the American Hospital Association, the Association of American Medical Colleges, Mercy Health Muskegon, Clallam County Public Hospital No. 2, d/b/a Olympic Medical Center, and York Hospital, the opposition filed by the Government, and the entire record herein, it is hereby

ORDERED that the Motion to Enforce BE, and it hereby IS, GRANTED, and it is further

ORDERED that Section X.C of CY 2020 OPPS Final Rule BE, and it hereby IS, VACATED.

SO ORDERED, this ___ day of November 2019.

_____
The Honorable Rosemary M. Collyer
United States District Court Judge