**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-CV-2841-RMC |
| v. | ) ) ) | |
| ALEX M. AZAR II, in his official capacity as Secretary of Health & Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-CV-132-RMC |
| v. | ) ) ) | |
| ALEX M. AZAR II, in his official capacity as Secretary of Health & Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF APPEAL**

Defendant Alex M. Azar II, in his official capacity as Secretary of Health and Human Services, hereby gives notice in the above-captioned cases that he appeals to the United States Court of Appeals for the District of Columbia Circuit from all aspects of this Court's October 21, 2019 final appealable order, ECF No. 39; the accompanying memorandum opinion, ECF No. 38; the Court's September 17, 2019 order, ECF No. 32; the accompanying memorandum opinion, ECF No. 31; and all prior orders and decisions that merge into these orders.

Dated: December 12, 2019                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
JUSTIN SANDBERG
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
Fax: (202) 616-8470
Bradley.Humphreys@usdoj.gov
Justin.Sandberg@usdoj.gov

*Counsel for Defendant*