UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN HOSPITAL ASSOCIATION,** *et al.*,  <br><br>Plaintiffs,  <br><br>v.  <br><br>**ALEX M. AZAR II,** Secretary of the Department of Health and Human Services,  <br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 18-2841 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion to Enforce Judgment, Dkt. 43, is **DENIED**.

Date: December 16, 2019

ROSEMARY M. COLLYER
United States District Judge