# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 19-5352**                    **September Term, 2019**
FILED ON: JULY 17, 2020

AMERICAN HOSPITAL ASSOCIATION, ET AL.,
        APPELLEES

v.

ALEX M. AZAR, II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES,
        APPELLANT

Consolidated with 19-5353, 19-5354

———

Appeals from the United States District Court
for the District of Columbia
(No. 1:18-cv-02841)
(No. 1:19-cv-00132)
(No. 1:19-cv-01745)

———

Before: SRINIVASAN, *Chief Judge*, GARLAND and MILLETT, *Circuit Judges*

### JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes be reversed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/

Daniel J. Reidy
Deputy Clerk

Date: July 17, 2020

Opinion for the court filed by Chief Judge Srinivasan.