**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-02841-TFH |
| v. | ) ) ) | |
| ALEX M. AZAR II, in his official capacity as Secretary of Health & Human Services, | ) ) ) | |
| Defendant. | ) ) ) | |
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-cv-00132-TFH |
| v. | ) ) ) | |
| ALEX M. AZAR II, in his official capacity as Secretary of Health & Human Services, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

The parties in the above-captioned cases submit this joint status report pursuant to the Court's August 13, 2020 minute order, which instructed the parties to submit such a report "no later than fourteen days after the D.C. Circuit's decision on the motion for rehearing in *American Hospital Association v. Azar*, No. 19-5352 (D.C. Cir.) and *University of Kansas Hospital v. Azar*, No. 19-5353 (D.C. Cir.)."

The Court of Appeals denied the plaintiffs' petition for rehearing on October 16, 2020. The plaintiffs anticipate that they will file a petition for a writ of certiorari for review of the

judgment of the Court of Appeals in these cases.  The parties accordingly request that the Court continue to hold these consolidated cases in abeyance pending the disposition of the plaintiffs' anticipated petition for a writ of certiorari.

The parties further request that the Court direct them to file a joint status report within fourteen days of the following:  (1) the Supreme Court's disposition of these cases on the merits, if the Court grants the petition for a writ of certiorari; (2) the Supreme Court's denial of such a petition, if the petition is denied; or (3) the expiration of the time for the filing such a petition, if a petition is not filed.

Dated: October 30, 2020

/s/ Catherine E. Stetson
Catherine E. Stetson (D.C. Bar No. 453221)
Susan M. Cook (D.C. Bar No. 462978)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5491
Fax: 202-637-5910
cate.stetson@hoganlovells.com

Counsel for Plaintiffs in No. 18-2841

/s/ Mark D. Polston
Mark D. Polston (D.C. Bar No. 431233)
Christopher P. Kenny (D.C. Bar No. 991303)
Nikesh Jindal (D.C. Bar No. 492008)
Joel McElvain (D.C. Bar No. 448431)
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006
202.626.5540 (phone)
202.626.3737 (fax)
MPolston@kslaw.com

Counsel for Plaintiffs in No. 19-132

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
JUSTIN SANDBERG
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
T: (202) 305-0878; F: (202) 616-8470
Bradley.Humphreys@usdoj.gov
Justin.Sandberg@usdoj.gov

Counsel for Defendant