**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>Defendant. | ) | Case No. 1:18-cv-02841-TFH |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs and the Secretary hereby stipulate to the dismissal, without prejudice, of all claims of the Plaintiffs in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 10, 2021

Respectfully submitted,

*/s/ Catherine E. Stetson*
Catherine E. Stetson (D.C. Bar No. 453221)
Susan M. Cook (D.C. Bar No. 462978)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5491
Fax: 202-637-5910
cate.stetson@hoganlovells.com

*Counsel for Plaintiffs in No. 18-2841*

*/s/ Joel McElvain*
Joel McElvain (Bar No. 448431)
Mark D. Polston (Bar No. 431233)
Christopher P. Kenny (Bar No. 991303)
Nikesh Jindal (Bar No. 492008)
Michael LaBattaglia (Bar No. 1601580)
KING & SPALDING LLP
1700 Pennsylvania Av., N.W.
Suite 200
Washington, D.C. 20006
202.626.2929 (phone)
202.626.3737 (fax)
JMcElvain@kslaw.com

*Counsel for the Plaintiffs in No. 19-132*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0878
Fax: (202) 616-8470
Email: Bradley.Humphreys@usdoj.gov

*Counsel for Defendant*